FILE COPY

# IN THE SUPREME COURT OF TEXAS

No. 22-0534

IN THE INTEREST OF E.J.G., Z.M.E.G., AND M.B.G., CHILDREN, RELATOR

v.

, REAL PARTY IN INTEREST

ON PETITION FOR WRIT OF MANDAMUS

## ORDER

1. The case is abated pursuant to case no. 15-0171, In re P.M. until further order of this Court. The petitioner requests the appointment of counsel. The case is remanded to the trial court to determine if the petitioner is entitled to counsel to aid in filing petitions for review. The trial court should hold any hearings necessary and make and issue findings of fact and conclusions of law as necessary.

2. This case is removed from the Court's active docket until **August 8, 2022**, by which time the parties must file either a status report or a motion to lift the abatement.

Done at the City of Austin, this 8ᵗʰ day of July, 2022.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

By Kristen Golby, Deputy Clerk